# UNITED STATES DISTRICT COURT
for the
District of Maryland

SEP 25 2013
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. **13-2180 SKG**
)
2603 North Calvert Street )
Baltimore, Maryland 21218 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Refer to Attachment A.

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

Refer to Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

  x evidence of a crime;

  x contraband, fruits of crime, or other items illegally possessed;

  x property designed for use, intended for use, or used in committing a crime;

  ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2); | Distribution and Receipt of Child Pornography; |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts:
See attached affidavit.

  ☐ Continued on the attached sheet.

  ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Rachel S. Corn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/11/13

_____
*Judge's signature*

City and state:  Baltimore, MD       Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*