

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>2603 North Calvert Street<br>Baltimore, MD 21218 | ) ) ) ) ) ) ) | Case No. 13-2180 SKG |

FILED ___ ENTERED
LOGGED ___ RECEIVED
SEP 26 2013
CLERK, AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of   Maryland
*(identify the person or describe the property to be searched and give its location)*:
Refer to Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Refer to Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   9/25/13
                                                                              *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.       ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____ *auty* _____ .
                  *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                      ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   9/11/13 at 2:00 pm               _____
                                                          Judge's signature

City and state:   Baltimore, MD                      Susan K. Gauvey, U.S. Magistrate Judge

*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 13-2180 SKG | Date and time warrant executed: 9/13/13   6:11 am | Copy of warrant and inventory left with: Jason Schwanberger |

*Inventory made in the presence of:* Jason Schwanberger

*Inventory of the property taken and name of any person(s) seized:*

Please see attached one page document.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/20/13

_____
*Executing officer's signature*

Rachel Corn, Special Agent
*Printed name and title*

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 305C-BA-2893357

On (date) 09/13/13

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) SABITINO RESIDENCE
(Street Address) 2603 NORTH CALVERT STREET
(City) BALTIMORE, MARYLAND

Description of Item(s):
(1) DELL DESKTOP COMPUTER OPTIPLEX 755 S/T BZ9ZWG1 (2) BLACKBERRY FCCID A/S TSOMG1 W/ BLUE CASE AND POWER CORD
(3) HTC CAMOR PHONE & POWER CORD S/N: HT05JHL08324
(4) ONE SEAGATE FREEAGENT EXTERNAL HARDDRIVE S/N: 2GEVG4EP
(5) KODAK CAMERA KCGMH00506719
(6) SAMSUNG-R740C W/ POWER CORD
(7) LG VIRGIN MOBILE CELLPHONE S/N 008CYMK021869
(8) FOURTEEN (14) DVDS
(9) BLACK EPSON TABLET W/ POWER CORD
(10) ONE SONY 4GB FLASH DRIVE BLACK & PURPLE
(11) FOUR (4) DVDS, SIX (6) CDS
(12) BILL/INVOICE FOR FULLERTON SELF STORAGE
(13) BLACK SATA EXTERNAL HARD DRIVE W/ HALF POWER CORD

Received By: [signature]
Received From: [signature]